IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Nissan Frontier, VIN1N6AD07W48C435050, Chevrolet Silverado, VIN 2GCEK19J771578435, Chevrolet Tahoe VIN 1GNSKBE05BR145242. | MJ 20-25-BU-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of September, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1